CONNECTICUT NATIONAL BANK *v.* PAUL COPP ET AL.
(11450)

DALY, FOTI and LAVERY, Js.
Argued January 19—decision released February 9, 1993

*Paul Copp,* pro se, the appellant (named defendant).
*Jonathan A. Flatow,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed and the case is remanded for the purpose of setting a new sale date.